UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

| | |
|---|---|
| Susan Y. Soong<br>Clerk of Court | General Court Number<br>415-522-2000 |

October 8, 2019

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE:  Adrianne Adams v.  West Marine Products, Inc.
      19-cv-01037-VC

Your Case Number:  19CIV00436

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified original and one copy of this letter
- ☒ Certified copy of docket entries
- ☒ Certified copy of Remand Order
- ☐ Other

      Please acknowledge receipt of the above documents on the attached copy of this letter.

                                                         Sincerely,

                                                           Susan Y. Soong, Clerk

                                                           */s/ Felicia Brown*

                                                      by:  Felicia Brown
                                                      Case Systems Administrator
                                                      415-522-2000